UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
BUFFALO DIVISION

DIANE J. PAGE,

                    PLAINTIFF,

vs.

                                                    Civil Action No.
                                                    11-CV-00553(S)(M)

GENESEE COUNTY, DEPARTMENT OF
MENTAL HEALTH,

                    DEFENDANT.

## MOTION TO STAY PROCEEDINGS

| | |
|---|---|
| **NATURE OF ACTION:** | Discrimination/retaliation |
| **MOVING PARTY:** | Plaintiff with Consent of Defendant |
| **DATE AND TIME:** | To be scheduled by the court |
| **PLACE:** | Hon. Jeremiah J. McCarthy, United States District Court, Western District of New York, 2 Niagara Square, Buffalo, NY 14202 |
| **RELIEF REQUESTED:** | Stay of proceedings for 90 days pending resolution of appeal to NYS Comptroller regarding plaintiff's disability retirement |
| **GROUNDS FOR RELIEF REQUESTED:** | Parties have agreed in principle on a settlement which requires a successful resolution to the request for disability retirement through the Comptroller. The parties will jointly file an appeal to the Comptroller to seek such resolution which will, if successful, settle the instant federal litigation. |

**GRANTED • SO ORDERED**

*/s/ Jeremiah J. McCarthy*
JEREMIAH J. MCCARTHY
UNITED STATES MAGISTRATE JUDGE

**DATED:** 8/6/12